David

BENEFICIARY
OF
DAVID BENJAMIN BELL          David Bell 01-11 2022
Name and Prisoner/Booking Number

PIMA COUNTY ADULT DETENTION CENTER
Place of Confinement

P.O. BOX 951 UNIT 4-D-6
Mailing Address

TUCSON AZ. 85713
City, State, Zip Code

FILED ____ LODGED
RECEIVED ____ COPY

FEB 4 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

David Benjamin Bell,
(Full Name of Plaintiff)     Plaintiff,

vs.

(1) PIMA COUNTY ADULT DET. CENTER
(Full Name of Defendant)
(2) SGT. PEREA "AND OTHERS"
(3) C.O. HOQUIN?
(4) C.O. PRESLEY
Defendant(s).
☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CR-22-00059-FEIC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**
"JURY TRIAL DEMANDED"

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: PIMA COUNTY ADULT DETENTION CENTER

David Benjamin Bell
NAME

PIMA COUNTY ADULT DETENTION CENTER
PLACE OF CONFINEMENT

PIMA COUNTY DETENTION CENTER PO BOX 951 UNIT 4-D-6
MAILING ADDRESS

Tucson, AZ 85713
CITY State ZIP Code

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

David Benjamin Bell
Plaintiff

VS.

1.) OFFICER PR# 8886
(DEFENDANTS)
3.) PIMA COUNTY ADMIN
4.) Officer BURGUEÑO
5.) NAPHCARE MEDICAL DEPT.
6.) SGT. PERCO
7.) C.O. HOGUIN ?
8.) PR# 5261
9.) C.O. LOPEZ
10.) SGT. KRAUSK
11.) C.O. ORDUNOZ?
12.) SGT. JAIGER

CASE NO. CR22-000059-FEIC

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☑ ORIGINAL COMPLAINT

JURISDICTION
D/ 28 USC § 1343 (a); 42 USC § 1983

P.C.A.D.C.

1-A

## B. DEFENDANTS

1. Name of first Defendant: **P.C.A.D.C.**   The first Defendant is employed as:
   **Institution / ADMINISTRATION**   **P.C.A.D.C.**
   (Position and Title)                  (Institution)

2. Name of second Defendant: **SGT. PERCO**   The second Defendant is employed as:
   **Sargent**   at   **PIMA COUNTY ADULT DETENTION CENTER**
   (Position and Title)                  (Institution)

3. Name of third Defendant: **C.O. HOSQUIN ?**   The third Defendant is employed as:
   **CORRECTION OFFICER**   at   **P.C.A.D.C.**
   (Position and Title)                  (Institution)

4. Name of fourth Defendant: **C.O. PR# 5261**   The fourth Defendant is employed as:
   **Disciplinary Officer**   at   **P.C.A.D.C.**
   (Position and Title)                  (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

# B. DEFENDANTS

5. NAME: SGT. JAIGER       Employed As: SGT
   P.C.A.D.C.
   INSTITUTION

6. NAME: BURGUEÑO   ; Employed As: Correction Ofc. ; At PCADC

7. KRAUSK   ; Employed As: SGT. At P.C.A.D.C.

8. CHAVEZ   ; Employed As: Specialist At: P.C.A.D.

9. LOPEZ   ; Employed As: C.O. ; At P.C.A.D.C.

10. ORDUNOZ   ; Employed As: C.O. At P.C.A.D.C.

11. NAPHCARE MEDICAL DEPT. Employed As Nurse giving Assessment or Provider. At P.C.A.D.C.

12. PR# 8886   , Employed As: C.O. At P.C.A.D.C.

1-B

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Conspiracy To Interfere with Civil Rights "LAW LIBRARY"</u>

2. **Count I**. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 12-23-2021 I submitted a grievance forewarning ADMINISTRATION of a officer getting ready to carry out threats of abuse and neglect and sending other inmates to or staff to drop drugs in front of our cell or specifically my cell. Approximately a hour later I was cuffed yanked out of my cell because I insisted on speaking with the officers SGT. I was threatened by the officer if I should return further abuse will be taken. Well I returned two days later and drugs were allegedly founded inside my cell while I was on the phone on the other side of A-pole. I am now in the hole again sentenced to 30 days and not given any access to the Law Library only accessible on a Tablet that's considered a privilege and I've been locked down 6 days with no relief.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I am subjected to Cell 6 and restricted of any showers ~~~~~~~~ until after about 6 consecutive days leaving me with legions on my feet.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>DUE PROCESS RIGHTS CLAUSE 5th AMENDMENT / CONST.</u>

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☑ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   - A Basic Necessity Here In P.C.A.D.C. Is The Tablet Which Is Now The Only Way To Exercise DUE PROCESS RIGHTS And Access The LEGAL LAW LIBRARY. However I Have Made Numerous Complaints And My Complaints Are Either Disregarded or Abandoned Due To Aministrative Lockdowns or A 10 DAY Blackout Period If A Inmate Is Moved Within the Institution. Everytime A Inmate Is Moved Within The Institution The Inmate Is Restricted From Tablets For Ten Days. The Inmate Is Then Only Permitted To use A Tablet During DAyRoom Which Is When The Administrative Lockdowns Go Into Effect.

   - This code of conduct has hindered me In Such ways to thwart and throttle me from meeting time restraints to respond to my complaints or the FACTIONS Against Me.

   - I Spoke With Disciplinary officer #5261 And SGt. Jaiger About This ADMIN. Error Restricting Inmates From the "LAW Library" And the The Tablet being the only way to Access It because It contains It

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   30 Day LockDown, Disciplinary Housing, Loss Comissary, Loss Recreation and loss of Visitation. Loss of All Privileges Being Most Importantly The LAW LIBRARY / TABLET. Whenever My Cell opens I have to Choose A Shower or TABLET For 20 mins

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☑ Yes   ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I say no because I am restricted from everything. Every Direction I go is Hindered until no longer relevant.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: **8th AMENDMENT Cruel And Unusual Punishment / 14th AMENDMENT Adequate Med.care**

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: **Conditions of Confinement**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   - On 1/4/2022 Discipline officer PR# 5261 Ignored the 9 other c/o's to possesion and subjected me to horrid and unlivable conditions of confinement saying verbatum "Everything you told me would be adequate in court and I'm sure your lawyer will eat this place alive but this isn't a legal matter, it's a in house matter and I find you guilty". - Dietary needs Are also not being met.

   - The Same day officer Chavez / Admin officer exstended My Isolation status due to A incident that was dismissed because the officer that removed me from 1-Golf-unit Abused his Authority by the use of excessive force. This Decision has worsened my uninhabitable conditions of confinement.

   - My Stay in 4A-CELL 31, officer LOPEZ didn't give me A Shower for 10 DAys My Cell never opened for anything other than once for 15 Days. - My Stay in 1-GOlF from 4-A-31 to 1-G-30 I was Locked down 9 Days No Relief Given.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Neglect of basic necessities, Proper or adequate Medical Care, Cruel and unusual Punishment, Meals Does not meet Dietary needs, Showers flooding with DNA, Dirty towels and trash, one shower is being used for a forty men cell unit and sores on my feet.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I only come out 20 mins A day if were not on lockdown which is frequently. I have to chose Shower or tablet for 20 min. I've tried everything But the officers enforce only POLICY

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## D. CAUSE OF ACTION

STATE THE CONSTITUTIONAL OR other Federal Civil Right That was Violated

1. A Right To have Attorney COUNT 1 Present During Any ASSESSMENT OR Questioning

2. COUNT 1. Identify The ISSue Involved. Check one box only.
   - ☐ Basic Necessities  ☐ Mail  ☐ Access To Court  ☐ Medical care
   - ☐ Disciplinary  ☐ Property  ☐ Exercise of religion  ☐ Retalition
   - ☒ Excessive Force  ☐ Threat To Safety

3. SUPPORTING FACTS.   12-27-2021 OFC. Hoguin Bust My Lip Following Incident #22012009 Due To Returning to 1-G-28 as my new assigned Cell. I was forewarned by officer JUDD that officer Hoquin or however you spell his name was working on getting me Charged. OFC. JUDD Told me "this doesn't leave the desk BELL" Verbatum This convo took Place on December 30, 2021 I believe My First dayroom and only dayroom up until the 8th of Jan, 2022. - On Jan, 2, 2022 officer orduño and another officer were observed doing some suspicious things also illegal & Prohibited. Shortly after the two officers find drugs I was told tested Positive for crack cocaine. I was removed by officer HIADAZI when SGT. PERCO APPEARED stating "I Don't believe in coincidences and it so happens that the drugs founded in your room test Positive for blues and Inmate OBERGART or whatever overdosed off blues and you were the last one passing to him" (Verbatum.) SGT PERCO Told me I don't have any rights when I asked to speak with or have a attorney Present. SGT PERCO Took me to the Xray Machine, then stripped searched me with At least 6 other officers, than forced me to try and pee Inside of a cup Stating (verbatum) "Whats wrong you don't have any Problem with any other man watching you through your window all the time!" The medical nurse also encouraged his behavior while I keep repeating to her "I want my Lawyer." I believe she's caucasian.

4. INJURY. PHYSICAL & PSYCHOLOGICAL ABUSE.    Yes / NO

Remedies: The reason is because I was Locked Down From that sunday Till SAturday, No Shower, Dayroom, No relief, No Access To Exercise Due Process Rights. I can not Bare my conditions or Vindictiveness and Unusual Treatment any longer. My complaints are going to have to Cease

5-A

## COUNT 5

1. I have a EXPECTATION OF PRIVACY in MY LEGAL MAIL, specifically LEGAL MAIL, CONST. RIGHT TO ASSEMBLY

2. Basic Necessity ☒ MAIL  ACCESS TO COURT  Medical care
   Disciplinary    Property  Exercise of Religion  Retaliation
   Excessive force, Threat to safety

3. Supporting FACTS. Staff brings my LEGAL MAIL to me PRE-OPENED. The Defendants/Admin/ has been sharing Information to my case with inmates such as Inmate occupying cell #4 in unit 4-D. This inmate told me everything about my whereabouts Inside of P.C.A.D.C. And Than later asked me if he could buy something to smoke from me. On 1/13/2022 the inmate shows me oreo cookies the only thing I could afford and ordered on the store list. ~The inmate in room 7-4-D has asked me about my murder charges and so did inmate in cell 5-4-D as well and I never met or spoke with any of these Individuals. Inmate in cell 7 just so happens to have been to three pods I have been to and seems to be following me. I got my paperwork yesterday and Crack cocaine was founded on the victim not me and than It just so happens that crack cokecain is founded inside my cell in unit 2-G-28. I predicted in a 12-27-21 grievance to ADMIN/ the officer was going to carry out his threats. Inmate Chappetti is the one mentioning my cell in his messages on his tablet selling next me. I spoke with attorney MARK Resnic And brung up a cigarette during a legal call next thing you know the Disciplinary is admitting a bint was also founded that wasn't mentioned in the paper

INJURY Duress, PERSONAL TORT, Malicous INTENT.
Administrative Remedies Restricted Go All No

5-B

## COUNT 6

1. State the constitutional or federal civil Right violated: __1st AMENDMENT, Equal Rights.__

2. Count 2.                    ☑ Access to court

3. Supported Facts.
- Policy of DLD Lockdown and word from D.L.D. Officer Ruiz, "After you get off of D.L.D. I will allow you to use the tablet," but until then you're not allowed to have a Pencil, Personal Envelopes, Paper, Property, Personal hygie[ne], Personal Phone calls, Visits, tablets and ice, Soda or Chips on fridays." Verbatum

- Now in that one paragraph alone all of my constitution al Rights were stripped away from by another man like my myself Pursuant to Administrative Error.

- The Const. also says, no Law, Rule or POLICY should be created that directly infringe upon or Stem from a Constitutional Right yet, P.C.A.D.C is doing exactly that, that the constitution specifica[ll]y says NO FEDERAL LAW, NO STATE LAW OR LOCAL LAW Should be created or Enforced that does Any of the ABOVE.

4. Injury. Delayed, Neglect, Poor medical serv. anguish, Intimidate[d]

5. ADMIN. Remedies.                    ☑ Yes
                                        ☑ Yes
                                        ☑ Yes

5-C

Count 7

1. 14th AMENDMENT Pretrial Detainees
Life, Liberty without Due Process

2. ☐ THREAT TO SAFETY

3. Supporting Facts:
Incident #22010 2009. Other Inmates Involved one known as Inmate 001580557 CHAPETTI. Inbetween 1900 HRS and 2100 hrs Ofc. BURGUEÑO Approached me during a Phone Call to my family demanding that I hang up the Phone and answer his question to what is a white substance inside of a lunch baggie. I replied why and to the hanging up the Phone and sugar to his question. Ofc. Burgueño said are you sure and I said yes and Ofc. Burgueño shared the substance to me and I Ingested myself with the substance. After that I replied yea, its sugar and went to my cell. I was Informed shortly after that the substance tested Positive for Crack Cocecain and booked on new charges While Inmate Chappetti is yelling to the officer asking me if anyone else were involved and I replied yes Cell #14 but the officers ignored my statements as well as the officers that founded it statements as well saying "I taste it myself and it was sugar"

Injury: Loss of Liberty, All Phones, Legal Phone Ect... My Father Passed Away And I couldn't reach Him, My right to Assembly was taken from me.

5. [Yes Yes Yes]

5-D

1. 8th Amendment - Adequate Health CARE without Due Process

    ☑ medical CARE

2.

3. SUPPORTING FACTS.
   JAN-4-2022 I believe, I Put in a medical request to see the Provider for Injuries to my rist causing inflamation and the nurse asked me about my injury and I told her the same thing i wrote on the form. A caple days later I was given tulenol for the Injury never seen the Provider nor was I Assessed by any RN's or employees therein.

   - Since then I have Put in several medical forms and have yet to be seen on one of the four I submitted this month of January. It has now been two weeks and a half including me asking the med call nurse delivering medication to the units to look into my request.

   - The conditions of confinement are horrible and Aid is delayed. I have now incurred legions on my stomach and right Arm. The unit has been locked down 4 days no relief, no shavers.

Injury 4 medium injuries but progressing. No Aid, No relief.

Admin/5   ☑ yes   ☑ yes   ☑ yes   TABLET Restriction due to DLO
           ☐ No    ☐ No    ☐ No

Sgt JAIGER

At 1200 hrs 12-22-21 All tablets were taken Because two Inmates took it upon thierselves to disrupt the Pod by yelling to eachother from different tiers. Now this is not only A group punishment but Another Administrative Error

### E. REQUEST FOR RELIEF

State the relief you are seeking: The relief I am seeking is FIVE MILLION DOLLARS PER COUNT for counts 1, 2, 4 and 5. I am seeking a public Apology for Count 3 to me and my family as well as friends. Counts 6 AND 7, 5 Million Dollars A Piece.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1-1-2022
DATE

*Druid Bell*
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

## CERTIFICATE OF SERVICE

1. I HEREBY CERTIFY THAT A COPY OF THE
2. FOREGOING WAS MAILED THIS <u>SEVENTEEN</u> DAY
3. OF JANUARY 2022
4. P.C.A.D.C.
5. 1270 W. Silverlake Rd.
6. Tucson AZ 85713

ATTORNEY FOR DEFENDANTS
signture

8. DAVID BENJAMIN BELL
9. P.O. Box 951
10. Tucson AZ 85712
11.
12. OFC 8886 PR#
13. Administration PCADC
14. NAPHCARE MEDICAL DEPT.
15. SGT. PERCO
16. C.O. HOGUIN
17. PR# 5261
18. C.O. LOPEZ
19. SGT. KRAUSK
20. C.O. ORDUÑOZ
21. C.O. BURGUEÑO
22. SGT. JAIGER
23. 1270 W. Silverlake Rd.
24. Tucson AZ 85713
25.

U.S. District
Court CLERK
U.S. CourtHouse
Suite 1500
405 W. CONGRESS
St. Tucson AZ, 85701

DAVID BELL
David Bell 1-17-2

7.